**FILED**

JUN 16 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR3129-LAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| SANTOS RALPH RIVAS | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:952, 960 - Importation of Methamphetamine (Felony)
☒ Ct 2 - 21:952, 960 - Importation of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl)
☒ Ct 3 - 21:952, 960 - Importation of Heroin (Felony)

Dated: 6/16/2021

_____
Hon. Allison H. Goddard
United States Magistrate Judge